Jon F. Monroy, SBN 51175
Jennifer E. Gysler, SBN 143449
MONROY, AVERBUCK & GYSLER
32123 Lindero Canyon Rd., Ste 301
Westlake Village, CA 91361
(818) 889-0661 Fax (818) 889-0667

Attorneys for Defendants, COUNTY OF LOS ANGELES;
LOS ANGELES DEPARTMENT OF
CHILDREN & FAMILY SERVICES;
THADDEUS DANIELIAN, ED WEBB

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN KOLB and WENDY KOLB<br><br>Plaintiffs,<br>vs.<br>COUNTY OF LOS ANGELES, et al.<br><br>Defendants. | Case No.: 2:18-CV-05166 RGK JPR<br><br>ORDER OF DISMISSAL |

Having read and considered the Joint Stipulation for Dismissal filed by all parties to the action, and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE.

DATED: May 17, 2019

_____
U.S. DISTRICT COURT JUDGE